U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 2 5 2009

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

DERRICK DAVIS (DOC #126965)  CIVIL DOCKET NO. 1:08-cv-00938; SEC. P

-vs-  JUDGE DRELL

WINN CORRECTIONAL CENTER, et al.  MAGISTRATE JUDGE KIRK

## MEMORANDUM RULING

The Report and Recommendation is partially adopted at this time. The Magistrate Judge should seek to obtain Plaintiff's medical records for a determination, if possible, of the seriousness of Plaintiff's medical condition regarding the claim of severe spine/bone problems. The Magistrate Judge should then issue a supplemental report and recommendation.

SIGNED on March 24, 2009 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE