RECEIVED

SEP - 8 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

DERRICK DEWAYNE DAVIS,                CIVIL ACTION
     Plaintiff                        SECTION "P"
                                      NO. 1:08-CV-00938
VERSUS

WINNFIELD CORRECTIONAL                JUDGE STAGG
FACILITY, et al.,                     MAGISTRATE JUDGE JAMES D. KIRK
     Defendants

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 68) is GRANTED and Davis' action against all defendants, on all remaining claims, is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at <u>Shreveport</u>, Louisiana, on this 5th day of September 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE